**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES *ex rel*. | ) |
| | ) |
| HEATHCOTE HOLDINGS CORP., INC. | ) |
| An Illinois Corporation, Relator | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) JURY DEMANDED |
| PHILLIPS SCREW COMPANY, and | ) |
| PHILLIPS FASTENERS LLC | ) |
| | ) |
| Defendant. | ) |

## COMPLAINT FOR FALSE PATENT MARKING

Relator, HEATHCOTE HOLDINGS CORP., INC. (hereinafter referred to as "Heathcote"), for its Complaint against Defendants PHILLIPS SCREW COMPANY ("Phillips Company") and PHILLIPS FASTENERS LLC ("Phillips Fasteners"), alleges as follows:

1. Heathcote is an Illinois corporation with its principal place of business at 711 Custer Ave., Evanston, Illinois, 60202.

2. Phillips Company is a Delaware Company with its principal place of business in Massachusetts, and it owns Phillips Fasteners.

3. Phillips Fasteners is an Iowa LLC, with its principal place of business in Massachusetts.

4. Phillips Company and/or Phillips Fasteners manufacture and distribute the Phillips II Plus® High Performance fastener system.

5. This is an action for false patent marking under Title 35, Section 292, of the United States Code.

6. Phillips Company and/or Phillips Fasteners violated 35 U.S.C. § 292(a), by marking, affixing or using in advertising products with expired and/or inapplicable patents, with the intent to deceive competitors and the public.

7. Heathcote brings this action under 35 U.S.C. § 292(b), which provides that any person may sue for civil monetary penalties for false patent marking.

8. This Court has jurisdiction over this action under 28 U.S.C. §§ 1331 and 1338(a).

9. Venue is proper in this District under 28 U.S.C. §§ 1391(c) and 1395(a), because the products that are the subject matter of this Complaint, were and are offered for sale and sold in this District.

10. The Phillips II Plus® High Performance fastener system, manufactured and marketed by defendants, includes bits and screw fasteners.

11. With respect to the Phillips II Plus® bit, defendants mark the bits with U.S. Patent No. 6,601,482 ("the '482 Patent"). A true and accurate copy of the '482 Patent is attached as Exhibit A.

12. The '482 Patent does not protect the bits on which it is marked.

13. Defendants marked the Phillips II Plus® bits with the '482 Patent with the intent to deceive the public and to gain a competitive advantage in the market.

14. Defendants violated 35 U.S.C. § 292(a) by marking, or causing to be marked, and/or using in advertising, the packaging and/or product of the drill bits for the Phillips II Plus® High Performance fastener system with the '482 Patent.

15. Each false marking on the products identified is likely to, or at least has the potential to, discourage or deter persons and companies from commercializing competing products.

16. Defendants' false marking of products has wrongfully quelled competition with respect to such products, thereby causing harm to HEATHCOTE, the UNITED STATES and the public.

17. Defendants wrongfully and illegally advertised a patent monopoly which it does not possess and, as a result, have benefited commercially and financially by maintaining false statements of patent rights.

WHEREFORE, HEATHCOTE demands a trial by jury and requests that the Court enter judgment as follows:

A. Enter judgment against DEFENDANTS and in favor of HEATHCOTE for the violations alleged in this Complaint;

B. Order DEFENDANTS to pay a civil monetary fine of up to $500 per false marking "offense," or an alternative amount as determined by the Court, one-half of which shall be paid to the United States.

C. Grant HEATHCOTE such other and further relief as it may deem just and equitable.

Respectfully Submitted,

*HEATHCOTE HOLDINGS CORP., INC.*

By: /s Matthew S. Miller

4

Matthew S. Miller
LAW OFFICES OF MATTHEW S. MILLER, LTD.
111 W. Washington, Suite 1100
Chicago, IL 60602
(312) 251-6066


Richard J. Prendergast
Michael T. Layden
RICHARD J. PRENDERGAST, LTD.
111 W. Washington, Suite 1100
Chicago, IL 60602
(312) 641-0881